UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

T. W.,

        Plaintiff,                        Case No. 2:25-cv-00028-HYJ-MV

v.                                      Hon. Hala Y. Jarbou

MENOMINEE, COUNTY OF, et al.,

        Defendants.
_____/

## NOTICE REGARDING ASSIGNMENT OF CASE AND NOTICE OF DEFICIENCY

       NOTICE is hereby given that the above-captioned case was electronically filed in this court on February 11, 2025 .   The case has been assigned to Hala Y. Jarbou .
       The filing party has failed to submit the filing fee as required by 28 U.S.C. § 1914(a) and W.D.Mich.LCivR 5.7(c). The filing fee must be paid electronically, by credit card, or a motion for leave to proceed *in forma pauperis* must be filed, at the time the initial pleading is electronically submitted.  **The 405.00 filing fee or the IFP motion is due immediately**. Failure to comply may result in dismissal of the action.  To pay by credit card, log in to CM/ECF. Click *Civil* on the blue menu bar, and under the *Fees, Make a Payment* section, select the *Filing Fee (Civil Case) – Credit Card Payment* event.  For further information, see the reference materials available on the court website.

                                                       CLERK OF COURT

Dated:  February 12, 2025      By:   /s/ M. Carlson
                                                 Deputy Clerk