February 20, 2025

FILED - MQ
February 26, 2025 9:29 AM
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:___slk_____ /ML-2-26-25

Clerk of Court
United States District Court For The Western District Of
   Michigan
P.O. Box 698
330 Federal Building
Marquette, MI 49855

   Re: Case No. 2:25-cv-28
   Hon. Hala Y. Jarbou

Dear Madam/Sir Clerk:

Today, I was served with a SUMMONS IN A CIVIL ACTION pertaining to the above listed case. I am declaring myself unable to afford to hire counsel in order to properly litigate this issue and am inquiring whether it is possible to request court-appointed counsel to represent me. If this is possible, I am hereby requesting such.

Also, please inform me as to whether there is an official form on which I am to file my answer to the items listed in the complaint. If so, please forward that form to me at the address listed below.

Please respond as soon as possible, as time is of the essence. I only have until March 13, 2025 to file my answer.

Thank you in advance for your assistance.

Best Regards,

Brian Helfert

Brian Helfert

BH/

Mailing Address:

Brian Helfert / MDOC # 642383
Marquette Branch Prison
1960 U.S. 41 South
Marquette, MI 49855



NAME: Brian Helfert
Number: 642383
Address: Marquette Branch Prison
Address: 1960 U.S. 41 South
Marquette, MI 49855

KINGSFORD MI 498

Clerk Of Court
United States District Court For The Western District
of Michigan
P.O. Box 698
330 Federal Building
Marquette, MI 49855