UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | |
|---|---|
| T.W.,<br><br>    Plaintiff,<br><br>v<br><br>BRIAN HELFERT, KENNY MARKS, and MENOMINEE COUNTY,<br><br>    Defendants. | Case No: 25-cv-28<br><br>HON. HALA Y. JARBOU<br>MAG. MAARTEN VERMAAT |

---

| | |
|---|---|
| Andrew J. Schwaba (P80014)<br>Schwaba Law Firm, LLC<br>Attorney for Plaintiff<br>962 First St.<br>Menominee, MI 49858<br>(906) 424-4661<br>aschwaba@schwabalaw.com | Allan C. Vander Laan (P33893)<br>Kristen L. Rewa (P73043)<br>Cummings, McClorey, Davis & Acho<br>Attorneys for Defendants Kenny Marks and Menominee County<br>2851 Charlevoix Dr. SE, Suite 203<br>Grand Rapids, MI 49546<br>(616) 975-7470<br>avanderlaan@cmda-law.com<br>krewa@cmda-law.com |

---

### STIPULATED ORDER
### TO EXTEND TIME TO FILE ANSWER TO PLAINTIFF'S COMPLAINT

It is hereby stipulated by the parties, through their respective counsel, that Defendants Kenny Marks and Menominee County, shall have until April 14, 2025, to respond to Plaintiff's Complaint.

IT IS SO ORDERED.


Dated: _____
                                                  HON. MAARTEN VERMAAT
                                                  United States Magistrate Judge

**We hereby stipulate to entry of the above Order:**

Dated: March 11, 2025          <u>/s/ Andrew J. Schwaba *w/ permission*</u>
                                               Andrew J. Schwaba (P80014)
                                               Schwaba Law Firm, LLC
                                               Attorney for Plaintiff

Dated: March 11, 2025          <u>*/s/ Allan C. Vander Laan*_____</u>
                                               Allan C. Vander Laan (P33898)
                                               Kristen Rewa (P73043)
                                               Attorneys for Defendants Kenny Marks and
                                               Menominee County