UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

T.W.,

    Plaintiff,

v

BRIAN HELFERT, KENNY MARKS, and MENOMINEE COUNTY,

    Defendants.

Case No: 25-cv-28

HON. HALA Y. JARBOU
MAG. MAARTEN VERMAAT

---

Andrew J. Schwaba (P80014)
Schwaba Law Firm, LLC
Attorney for Plaintiff
962 First St.
Menominee, MI 49858
(906) 424-4661
aschwaba@schwabalaw.com

Allan C. Vander Laan (P33893)
Kristen L. Rewa (P73043)
Cummings, McClorey, Davis & Acho
Attorneys for Defendants Kenny Marks and Menominee County
2851 Charlevoix Dr. SE, Suite 203
Grand Rapids, MI 49546
(616) 975-7470
avanderlaan@cmda-law.com
krewa@cmda-law.com

---

**STIPULATED ORDER
TO EXTEND TIME TO FILE ANSWER TO PLAINTIFF'S COMPLAINT**

It is hereby stipulated by the parties, through their respective counsel, that Defendants Kenny Marks and Menominee County shall have until April 14, 2025, to respond to Plaintiff's Complaint, conditioned upon proof of service being filed by March 14, 2025.

IT IS SO ORDERED.

Dated:  March 11, 2025

/s/ Hala Y. Jarbou_____
HALA Y. JARBOU
CHIEF UNITED STATES DISTRICT JUDGE

{02250770-1 }

**We hereby stipulate to entry of the above Order:**

Dated: March 11, 2025 /s/ Andrew J. Schwaba *w/ permission*
Andrew J. Schwaba (P80014)
Schwaba Law Firm, LLC
Attorney for Plaintiff

Dated: March 11, 2025 */s/ Allan C. Vander Laan*
Allan C. Vander Laan (P33898)
Kristen Rewa (P73043)
Attorneys for Defendants Kenny Marks and
Menominee County