UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| TRAVIS WHITNEY, | Case No. 2:25-cv-28 |
| Plaintiff, | Hon. Hala Y. Jarbou |
| v. | Chief U.S. District Judge |
| BRIAN HELFERT, et al | |
| Defendants. | |
| _____/ | |

## ORDER

A Rule 16 conference was held in this case on June 5, 2025. For reasons stated on the record:

IT IS HEREBY ORDERED that Defendant Helfert's answer to Plaintiff's Amended Complaint (ECF No. 24) shall be submitted to this Court and postmarked by June 13, 2025.

IT IS SO ORDERED.

Date: June 6, 2025

/s/ Maarten Vermaat
Maarten Vermaat
United States Magistrate Judge